IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT COOPER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 06-1312 |
| | : | |
| SOCIAL SECURITY ADMIN., | : | |
|     Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff, Robert Cooper, acting pro se, filed this action against the Social Security Administration, seeking relief under the Freedom of Information Act and, perhaps, an order in the nature of *mandamus*. Cooper wants SSA to disclose to him the home and work addresses of one "Arona Valerie Cummings." Apparently, Cummings owes one or more debts to Cooper, in connection with which he has filed, or intends to file, a civil action for damages. Cooper cannot locate Cummings for service of process and therefore he wants SSA to provide him with information that would enable him to do so.

Now before the court is SSA's unopposed motion for summary judgment. Cooper has been advised by the clerk of the requirements of the rules, and in particular that the court might rule against him should he fail to file an adequate response. He has not done so. In any event, the record is clear that SSA has correctly applied the Freedom of Information Act and the Privacy Act in denying Cooper's request. Accordingly, SSA is entitled to judgment as a matter of law.

For the reason stated above, the motion shall be granted. An order follows.

Filed: October 3, 2006                                    _/s/_____
                                                                                                                ANDRE M. DAVIS
                                                                                                                United States District Judge